# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00525-CV

**Sammy J. Geiger, Appellant**

**v.**

**Barry Cohen, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 318128, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 21, 2022. On December 7, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 19, 2022 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed: February 14, 2023